IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILENE SCHWARTZ | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 17-2516 |
| | : | |
| NICOMATIC, INC., *et al.* | : | |

## ORDER

**AND NOW,** this 27th day of December 2017, upon considering Defendants' Motion for summary judgment (ECF Doc. No. 23), Plaintiff's Response (ECF Doc. No. 24) Defendants' Reply (ECF Doc. No. 31) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 23) is **GRANTED in part** and **DENIED in part**:

1. We **grant** summary judgment dismissing Plaintiff's gender discrimination and hostile work environment claims under Title VII, disability discrimination under the Americans With Disabilities Act and interference/retaliation claim under the Family Medical Leave Act as there are no genuine issues of material fact precluding judgment in Plaintiff's favor on these claims; and,

2. We **deny** summary judgment on Plaintiff's Title VII retaliation claim as there are genuine issues of material fact as to whether her complaints of gender discrimination motivated the Defendants terminating her employment.

_____
KEARNEY, J.